CENTRAL OF GEORGIA RAILWAY COMPANY *v.* WOOD.

LUMPKIN, P. J.   This being an action against a railway company for
the killing of live stock by a train; in which the plaintiff's alleged
right to recover depended upon the presumption of negligence raised

by law against the defendant, and the uncontradicted evidence in its behalf showing that its servants in charge of the train exercised ordinary care and diligence in endeavoring to prevent the collision, this presumption was rebutted, and consequently the verdict against the company was contrary to law and should have been set aside.
*Judgment reversed. All the Justices concurring.*

Argued May 23, — Decided June 8, 1898.

Action-for damages.    Before Judge Callaway.    Washington superior court.    September term, 1897.

Lawton & Cunningham and Rawlings & Hardwick, for plaintiff in error.    Evans & Evans, contra.

